UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Richard Foy

v.                                                          Case Number: 4:15−cv−03727

PetrolValves, LLC

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**   Courtroom 704
            United States District Court
            515 Rusk Avenue
            Houston, Texas 77002

**DATE:** 6/20/2016

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   June 10, 2016

David J. Bradley, Clerk