Case 4:15-cv-03727   Document 15   Filed on 06/20/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD FOY, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:15-CV-3727 |
| PETROLVALVES, LLC, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The parties have reached a settlement in this cause of action. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

It is so ORDERED. 06/20/2016.

_____
The Honorable Alfred H. Bennett
United States District Judge